**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DJENABA DIALLO**<br><br>  v.<br><br>**COMMONWEALTH SUPPORT SERVICES, et al.** | **CIVIL ACTION**<br><br>**NO. 18-1517** |

### ORDER RE: MOTION TO DISMISS

AND NOW, this 3rd day of January, 2019, upon consideration of Defendants' Motion to Dismiss (ECF 7), Plaintiff's Response thereto (ECF 8), and Defendants' Reply thereto (ECF 9), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's religious discrimination claims under Title VII and PHRA are DISMISSED with prejudice;

2. Plaintiff's race discrimination claims under Title VII, PHRA, and § 1981, and retaliation claims under § 1981 are DISMISSED without prejudice, with leave to amend the complaint within twenty-one (21) days; and

3. Defendants' Motion is DENIED as to the rest of Plaintiffs claims—national origin discrimination and retaliation under Title VII and the PHRA, and aiding and abetting under the PHRA.

BY THE COURT:

**/s/ Michael M. Baylson**
Michael M. Baylson, U.S.D.J.